

1  McGREGOR W. SCOTT
   United States Attorney
2  STANLEY A. BOONE
   Assistant U.S. Attorney
3  4401 Federal Building
   2500 Tulare Street
4  Fresno, California  93721
   Telephone:  (559) 497-4000
5

6
        IN THE UNITED STATES DISTRICT COURT FOR THE
7
             EASTERN DISTRICT OF CALIFORNIA
8

9
   UNITED STATES OF AMERICA,      )    01:  03-CR-5439 OWW
10                                )
                Plaintiff,        )
11                                )
        v.                        )
12                                )
   LANCE ALLEN CORFIELD,          )
13                                )
                Defendant.        )
14                                )
   ────────────────────────────────)
15
   UNITED STATES OF AMERICA,      )    01:  06-CR-00240 AWI
16                                )
                Plaintiff,        )    NOTICE OF RELATED CASES AND
17                                )    ORDER THEREON
        v.                        )
18                                )    ORDER REASSIGNING CASE AND
   LANCE ALLEN CORFIELD,          )    RESETTING STATUS CONFERENCE
19 TROY AARON CORFIELD,           )
   STEPHANIE ROBIN CHANCE and     )
20 KYLE LEE SLOGGETT,             )
                                  )
21              Defendants.       )
                                  )
22 ────────────────────────────────

23
        Pursuant to Rule 83-123 of the Local Rules of the United States
24
   District Court for the Eastern District of California, the United
25
   States of America, by and through its undersigned attorneys of
26
   record, McGregor W. Scott, United States Attorney for the Eastern
27

28
                              1

District of California, and STANLEY A. BOONE, Assistant U.S. Attorney, hereby give notices that the above-captioned cases <u>United States v. Lance Allen Corfield</u>, Cr. F-03-5439 OWW, and <u>United States v. Lance Allen Corfield, et al.</u>, Cr.F. 06-00240 AWI are related and request assignment to a single judge.

The two cases are related in that both cases have a similar defendant, Lance Allen Corfield, who will have a supervised release petition filed in his older case (03-5439) as a result of his conduct charged in the present case (06-00240). Also, both cases involve the manufacturing of counterfeit United States currency.

Since <u>United States v. Lance Allen Corfield</u>, Cr. F-03-5439 OWW, has already been assigned to Judge Oliver W. Wanger, the United States hereby requests that <u>United States v. Lance Allen Corfield, et al.</u>, Cr.F. 06-00240 AWI also be assigned to Judge Oliver W. Wanger.

For the foregoing reasons, since the above-captioned cases involve the same defendant, their assignment to a single judge will avoid a substantial duplication of labor, will serve the ends of judicial economy and will likely effect a substantial savings of judicial effort. <u>See</u> Local Rule 83-123(a)(4). The Government respectfully requests that the Clerk of the District Court notify

//

//

//

2

1 | the Judge of the related nature of these cases for the purpose of
2 | assignment to the above-referenced single Judge.

3
4 |                                         Respectfully Submitted,

5 |                                         McGREGOR W. SCOTT
                                            United States Attorney
6
7 | Dated: 7/7/2006              By    /s/ Stanley A. Boone
                                       STANLEY A. BOONE
8 |                                    Assistant U.S. Attorney

9
                                    O R D E R
10
11 |      IT IS HEREBY ORDERED that the case of  United States v. Lance

12 | Allen Corfield, et al., CR. F-06-00240 AWI, be assigned to Judge

13 | Oliver W. Wanger. It is further ordered that the status conference

14 | currently set for July 24, 2006 at 9:00 AM before Judge Ishii is

15 | re-set for July 24, 2006 at 1:30 PM before Judge Wanger.

16 |           7-14-06
17 | Dated:  _____
                                    OLIVER W. WANGER
18 |                                 U.S. District Judge

19

20

21

22

23

24

25

26

27

28
                                    3